PEOPLE ex rel. CIARPI v. CROPSEY, Com'r. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Proceeding by the People of the State of New York, on the relation of Bacci Ciarpi, against James C.

Cropsey, Commissioner, etc. No opinion. Application denied. Settle order on notice.